DMP:JGH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | AFFIDAVIT IN SUPPORT OF REMOVAL TO THE |
| - against - | <u>DISTRICT OF COLUMBIA</u> |
| SARA CARPENTER, | (Fed R. Crim. P. 5) |
| Defendant. | Case No. 21-M-355 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

VINCENT J. MANCO, being duly sworn, deposes and states that he is a Detective and Task Force Officer ("TFO") assigned to the Federal Bureau of Investigation ("FBI"), duly appointed according to law and acting as such.

On or about March 18, 2021, the United States District Court for the District of Columbia issued an arrest warrant commanding the arrest of the defendant SARA CARPENTER in connection with a complaint charging her with violating the following statutes: 18 U.S.C. 1752(a)(1) (unlawfully entering and remaining in a restricted building); 18 U.S.C. 1752(a)(2) (impeding government business or official functions); and 40 U.S.C. 5104(e)(2)(D), (G) (unlawful entry and disorderly conduct).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. On or about March 18, 2021, the United States District Court for the District of Columbia issued an arrest warrant commanding the arrest of SARA CARPENTER in connection with a criminal complaint (the "Complaint") charging her with violating the following statutes: 18 U.S.C. 1752(a)(1) (unlawfully entering and remaining in a restricted building); 18 U.S.C. 1752(a)(2) (impeding government business or official functions); and 40 U.S.C. 5104(e)(2)(D), (G) (unlawful entry and disorderly conduct). True and correct copies of the arrest warrant, Complaint and underlying statement of facts are attached as Exhibit 1.

2. On or about March 23, 2021, the defendant SARA CARPENTER, with the assistance of her counsel and in consultation with the United States Attorney's Office for the District of Columbia, surrendered to FBI agents in New York. The defendant stated that her name is "Sara Carpenter."

3. Previously on or about January 18, 2021, I interviewed the defendant SARA CARPENTER at her residence. During the interview, CARPENTER stated, <u>inter alia</u>, that on or about January 5, 2021, she traveled from her residence in Queens, New York, to Washington, D.C., and entered the United States Capitol Building on January 6, 2021. The person that I interviewed is the same SARA CARPENTER who surrendered to the FBI this morning.

---

[1] Because the purpose of this affidavit is to set forth only those facts necessary to establish probable cause for removal, I have not described all of the relevant facts and circumstances of which I am aware.

4. Based on the foregoing, I submit that there is probable cause to believe that the defendant is the SARA CARPENTER wanted in the District of Columbia.

WHEREFORE, your deponent respectfully requests that the defendant SARA CARPENTER be removed to the District of Columbia so that she may be dealt with according to law.

_____
TFO/DET. VINCENT J. MANCO
Federal Bureau of Investigation

Sworn to before me by telephone this
23rd day of March, 2021

_____
THE HONORABLE SANKET J. BULSARA
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# EXHIBIT 1

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00324 |
| Sara Carpenter (AKA: None) | ) Assigned To : Meriweather, Robin M. |
| | ) Assign. Date : 03/18/2021 |
| | ) Description: Complaint w/ Arrest Warrant |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Sara Carpenter,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:  03/18/2021                                                                 2021.03.18 18:25:04 -04'00'
                                                                                    *Issuing officer's signature*

City and state:    Washington, D.C.                          Robin M. Meriweather U.S. Magistrate Judge
                                                                                    *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
                                                                                    *Arresting officer's signature*

                                                                                    *Printed name and title*

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00324 |
| Sara Carpenter (AKA: None) | ) Assigned To : Meriweather, Robin M. |
| DOB: XXXXXX | ) Assign. Date : 03/18/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |
|  | ) |
|  | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _January 6, 2021_ in the county of _____ in the _____ in the District of _Columbia_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Vincent J. Manco, Detective
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

2021.03.18
18:25:56 -04'00'

Date: 03/18/2021

*Judge's signature*

City and state: Washington, D.C.    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT OF FACTS

Your affiant, VINCENT J. MANCO, is a Detective/Task Force Officer ("TFO") with the Federal Bureau of Investigation ("FBI") assigned to the Joint Terrorism Task Force ("JTTF") in New York. In my duties as a TFO, I investigate violations of laws of the United States. Currently, I am a tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a TFO, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

On or about January 7, 2021, an anonymous tip was submitted to the FBI stating that Sara Carpenter had called a relative and stated that she was inside the Capitol Building on January 6, 2021 and was teargassed, then returned home that night. The tip provided Carpenter's street address in Richmond Hill, New York as part of her identification.

On or about January 18, 2021, members of FBI JTTF, including your affiant, conducted a voluntary interview of Sara Carpenter ("Carpenter"). Carpenter is a 51-year old American citizen who resides Richmond Hill, New York. TFOs conducting the interview confirmed Carpenter's identity by reviewing her NY State driver's license. During this interview, Carpenter stated that she left her residence in New York and drove to Washington, D.C. on or about the evening of January 5, 2021.

EZ-Pass records for the account owned by Sara Carpenter show toll charges progressing from the New York area toward Washington D.C. between approximately 12:00 a.m. and 4:00 a.m. on January 6, 2021.

During the January 18, 2021 interview with FBI, Carpenter stated that after she arrived in Washington D.C. on the morning of January 6, 2021, at approximately 9:00 a.m., she went to the rally point where President Donald J. Trump's Twitter page had instructed all supporters to meet to hear about the election fraud. Carpenter stated that at the rally point, she heard President Trump's words on the jumbo televisions and speakers instructing people to rally back, not leave, and march to the Capitol. Carpenter stated that at approximately 1:00 p.m., she began to walk with a large group of people to the Capitol. Carpenter stated that she entered the Rotunda of the Capitol, where she observed other individuals walking around and leaving with items. Carpenter told FBI agents that she observed police yelling for individuals to get out, then pushing and shoving the crowd. Carpenter stated she was trampled and pepper sprayed as she exited the Capitol building.

During the January 18, 2021 interview with FBI, Carpenter stated that she had taken video of the interior of the Capitol Building on January 6, 2021 using her cellular phone. On January 19, 2021, Carpenter voluntarily sent me a text message containing video footage of the Capitol. A screenshot of the text message containing the Capitol video is seen here:



I viewed the video attached to the text message from Carpenter, which shows images of the Capitol Rotunda shot as if the videographer was twirling in a circle as the camera was rolling. One clip of the video shows a man wearing a distinctive American flag shirt. A still shot of the man in the American flag shirt from the video sent by Carpenter is below:



Records received from Verizon show that in January 2021, Carpenter was the subscriber for the phone number from which the video was sent.

Closed Circuit Television (CCTV) security video obtained from the inside of the Capitol Rotunda at or around 2:44 p.m. on January 6, 2021 shows a woman in a red hat, green coat and black boots carrying a gray backpack entered the Capitol Rotunda with the crowd. The woman in the green coat appears to take a video recording of the Capitol Rotunda by holding up a small device and twirling around, before she moves across the room to an exit. A still shot from this

video showing the woman in the green coat and the man in the distinctive American flag shirt is below:



The CCTV video of the Capitol Rotunda next shows the woman cross the room to an exit. Before exiting, however, the woman turns back to the room and raises here hands in the air. In her left hand, she holds a tambourine, which she shakes several times before turning back around and exiting the Rotunda. Two still shots of the woman with the tambourine are shown below:





On or about March 2, 2021, FBI agents conducted a court ordered search of Carpenter's residence in Richmond Hill, New York. During the search, TFOs discovered a green coat, black boots and gray backpack like those seen on the woman in the video footage of the Capitol Rotunda. In the pocket of the green coat there was a Google map of downtown Washington D.C. Photos of the jacket and backpack are below.





During the search, Carpenter identified the coat boots and backpack as the clothing she wore and bag she carried when she entered the Capitol Building on January 6, 2021. Carpenter also voluntarily provided the tambourine she confirmed that she carried inside the Capitol, which appears to be the same type carried by the woman in the video of the Capitol Rotunda.



During the January 18, 2021 interview with the FBI, Carpenter stated that she returned to her home in New York the night of January 6, 2021. EZ-Pass records for the account owned by Sara Carpenter show toll charges progressing from the Washington/Baltimore area toward New York between approximately 6:00 p.m. and 9:00 p.m. on January 6, 2021.

Based on the foregoing, your affiant submits that there is probable cause to believe that Carpenter violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct

of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that Carpenter violated 40 U.S.C. § 5104(e)(2)(D) & (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

VINCENT J. MANCO
Detective/TFO
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 18th day of March 2021.

2021.03.18
18:27:12 -04'00'

ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE