CLOSED

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CRIMINAL DOCKET FOR CASE #: <u>1:21–mj–00355–SJB</u> All Defendants

Case title: USA v. Carpenter

Date Filed: 03/23/2021
Date Terminated: 03/23/2021

Assigned to: Magistrate Judge Sanket J. Bulsara

**Defendant (1)**

**Sara Carpenter**
*TERMINATED: 03/23/2021*

represented by **Michelle A. Gelernt**
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
718–330–1204
Fax: 718–855–0760
Email: michelle_gelernt@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**

represented by **Joshua G. Hafetz**
U.S. Attorney's Office – EDNY

271 Cadman Plaza East
Brooklyn, NY 11201
718–254–6290
Fax: 718–254–7000
Email: joshua.hafetz@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/23/2021 | 1 | | RULE 40 AFFIDAVIT / removal complaint to the District of Columbia by USA as to Sara Carpenter. Signed by Judge Sanket Bulsara dtd 3/23/2021. (Yuen, Sui–May) (Entered: 03/23/2021) |
| 03/23/2021 | | | Minute Entry for proceedings held before Magistrate Judge Sanket J. Bulsara:Initial Appearance in Rule 5(c)(3) Proceedings as to Sara Carpenter held on 3/23/2021 VIA WEBEX VIDEO, Defendant arraigned on a removal complaint to the District of Columbia. Attorney Appointment of federal defender Michelle Gelernt. AUSA Joshua Hafetz. (FTR Log #1;01–1;28.) Defendant released on a consent ROR bond. Defendant advised of bond obligations and gave permission for court to sign on her behalf. Defendant waived identity hearing. (Yuen, Sui–May) (Entered: 03/23/2021) |
| 03/23/2021 | 2 | | ORDER Setting Conditions of Release as to Sara Carpenter (1) ROR. Ordered by Magistrate Judge Sanket J. Bulsara on 3/23/2021. (Yuen, Sui–May) (Entered: 03/23/2021) |
| 03/23/2021 | 3 | | CJA 23 Financial Affidavit by Sara Carpenter (Yuen, Sui–May) (Entered: 03/23/2021) |
| 03/23/2021 | 4 | | WAIVER of Rule 5(c)(3) Hearing by Sara Carpenter (Yuen, Sui–May) (Entered: 03/23/2021) |
| 03/23/2021 | 5 | | ORDER: This order is entered pursuant to Federal Rule of Criminal Procedure 5(f) to confirm the prosecution's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and to summarize the possible consequences of violating those obligations. as to Sara Carpenter. Ordered by Magistrate Judge Sanket J. Bulsara on 3/23/2021. (Yuen, Sui–May) (Entered: 03/23/2021) |

DMP:JGH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | AFFIDAVIT IN SUPPORT OF REMOVAL TO THE |
| - against - | DISTRICT OF COLUMBIA |
| SARA CARPENTER, | (Fed R. Crim. P. 5) |
| Defendant. | Case No. 21-M-355 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

       VINCENT J. MANCO, being duly sworn, deposes and states that he is a Detective and Task Force Officer ("TFO") assigned to the Federal Bureau of Investigation ("FBI"), duly appointed according to law and acting as such.

       On or about March 18, 2021, the United States District Court for the District of Columbia issued an arrest warrant commanding the arrest of the defendant SARA CARPENTER in connection with a complaint charging her with violating the following statutes: 18 U.S.C. 1752(a)(1) (unlawfully entering and remaining in a restricted building); 18 U.S.C. 1752(a)(2) (impeding government business or official functions); and 40 U.S.C. 5104(e)(2)(D), (G) (unlawful entry and disorderly conduct).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.      On or about March 18, 2021, the United States District Court for the District of Columbia issued an arrest warrant commanding the arrest of SARA CARPENTER in connection with a criminal complaint (the "Complaint") charging her with violating the following statutes: 18 U.S.C. 1752(a)(1) (unlawfully entering and remaining in a restricted building); 18 U.S.C. 1752(a)(2) (impeding government business or official functions); and 40 U.S.C. 5104(e)(2)(D), (G) (unlawful entry and disorderly conduct).  True and correct copies of the arrest warrant, Complaint and underlying statement of facts are attached as Exhibit 1.

2.      On or about March 23, 2021, the defendant SARA CARPENTER, with the assistance of her counsel and in consultation with the United States Attorney's Office for the District of Columbia, surrendered to FBI agents in New York.  The defendant stated that her name is "Sara Carpenter."

3.      Previously on or about January 18, 2021, I interviewed the defendant SARA CARPENTER at her residence.  During the interview, CARPENTER stated, inter alia, that on or about January 5, 2021, she traveled from her residence in Queens, New York, to Washington, D.C., and entered the United States Capitol Building on January 6, 2021.  The person that I interviewed is the same SARA CARPENTER who surrendered to the FBI this morning.

---

[1]  Because the purpose of this affidavit is to set forth only those facts necessary to establish probable cause for removal, I have not described all of the relevant facts and circumstances of which I am aware.

USCA2 4

4. Based on the foregoing, I submit that there is probable cause to believe that the defendant is the SARA CARPENTER wanted in the District of Columbia.

WHEREFORE, your deponent respectfully requests that the defendant SARA CARPENTER be removed to the District of Columbia so that she may be dealt with according to law.

_____
TFO/DET. VINCENT J. MANCO
Federal Bureau of Investigation

Sworn to before me by telephone this
23rd day of March, 2021

_____
THE HONORABLE SANKET J. BULSARA
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

3

# EXHIBIT 1

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.
Sara Carpenter (AKA: None)

*Defendant*

)
)
)
)
)
)

Case: 1:21-mj-00324
Assigned To : Meriweather, Robin M.
Assign. Date : 03/18/2021
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                    Sara Carpenter                    ,

who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment    ❑ Superseding Indictment    ❑ Information    ❑ Superseding Information    ☒ Complaint
❑ Probation Violation Petition    ❑ Supervised Release Violation Petition    ❑ Violation Notice    ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without
Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:    03/18/2021

2021.03.18
18:25:04 -04'00'

*Issuing officer's signature*

City and state:    Washington, D.C.

Robin M. Meriweather U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:21-mj-00324 |
| | ) Assigned To : Meriweather, Robin M. |
| Sara Carpenter (AKA: None) | ) Assign. Date : 03/18/2021 |
| DOB: XXXXXX | ) Description: Complaint w/ Arrest Warrant |
| | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the

_____ in the District of _____ Columbia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,

18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in a Restricted Building or Grounds,

40 U.S.C. § 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Vincent J. Manco, Detective
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

2021.03.18
18:25:56 -04'00'

Date: _____ 03/18/2021 _____

_____
*Judge's signature*

City and state: _____ Washington, D.C. _____

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### STATEMENT OF FACTS

Your affiant, VINCENT J. MANCO, is a Detective/Task Force Officer ("TFO") with the Federal Bureau of Investigation ("FBI") assigned to the Joint Terrorism Task Force ("JTTF") in New York. In my duties as a TFO, I investigate violations of laws of the United States. Currently, I am a tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a TFO, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

On or about January 7, 2021, an anonymous tip was submitted to the FBI stating that Sara Carpenter had called a relative and stated that she was inside the Capitol Building on January 6, 2021 and was teargassed, then returned home that night. The tip provided Carpenter's street address in Richmond Hill, New York as part of her identification.

On or about January 18, 2021, members of FBI JTTF, including your affiant, conducted a voluntary interview of Sara Carpenter ("Carpenter"). Carpenter is a 51-year old American citizen who resides Richmond Hill, New York. TFOs conducting the interview confirmed Carpenter's identity by reviewing her NY State driver's license. During this interview, Carpenter stated that she left her residence in New York and drove to Washington, D.C. on or about the evening of January 5, 2021.

EZ-Pass records for the account owned by Sara Carpenter show toll charges progressing from the New York area toward Washington D.C. between approximately 12:00 a.m. and 4:00 a.m. on January 6, 2021.

During the January 18, 2021 interview with FBI, Carpenter stated that after she arrived in Washington D.C. on the morning of January 6, 2021, at approximately 9:00 a.m., she went to the rally point where President Donald J. Trump's Twitter page had instructed all supporters to meet to hear about the election fraud. Carpenter stated that at the rally point, she heard President Trump's words on the jumbo televisions and speakers instructing people to rally back, not leave, and march to the Capitol. Carpenter stated that at approximately 1:00 p.m., she began to walk with a large group of people to the Capitol. Carpenter stated that she entered the Rotunda of the Capitol, where she observed other individuals walking around and leaving with items. Carpenter told FBI agents that she observed police yelling for individuals to get out, then pushing and shoving the crowd. Carpenter stated she was trampled and pepper sprayed as she exited the Capitol building.

During the January 18, 2021 interview with FBI, Carpenter stated that she had taken video of the interior of the Capitol Building on January 6, 2021 using her cellular phone. On January 19, 2021, Carpenter voluntarily sent me a text message containing video footage of the Capitol. A screenshot of the text message containing the Capitol video is seen here:



I viewed the video attached to the text message from Carpenter, which shows images of the Capitol Rotunda shot as if the videographer was twirling in a circle as the camera was rolling. One clip of the video shows a man wearing a distinctive American flag shirt. A still shot of the man in the American flag shirt from the video sent by Carpenter is below:



Records received from Verizon show that in January 2021, Carpenter was the subscriber for the phone number from which the video was sent.

Closed Circuit Television (CCTV) security video obtained from the inside of the Capitol Rotunda at or around 2:44 p.m. on January 6, 2021 shows a woman in a red hat, green coat and black boots carrying a gray backpack entered the Capitol Rotunda with the crowd. The woman in the green coat appears to take a video recording of the Capitol Rotunda by holding up a small device and twirling around, before she moves across the room to an exit. A still shot from this

video showing the woman in the green coat and the man in the distinctive American flag shirt is below:



The CCTV video of the Capitol Rotunda next shows the woman cross the room to an exit. Before exiting, however, the woman turns back to the room and raises here hands in the air. In her left hand, she holds a tambourine, which she shakes several times before turning back around and exiting the Rotunda. Two still shots of the woman with the tambourine are shown below:





On or about March 2, 2021, FBI agents conducted a court ordered search of Carpenter's residence in Richmond Hill, New York. During the search, TFOs discovered a green coat, black boots and gray backpack like those seen on the woman in the video footage of the Capitol Rotunda. In the pocket of the green coat there was a Google map of downtown Washington D.C. Photos of the jacket and backpack are below.





During the search, Carpenter identified the coat boots and backpack as the clothing she wore and bag she carried when she entered the Capitol Building on January 6, 2021. Carpenter also voluntarily provided the tambourine she confirmed that she carried inside the Capitol, which appears to be the same type carried by the woman in the video of the Capitol Rotunda.



During the January 18, 2021 interview with the FBI, Carpenter stated that she returned to her home in New York the night of January 6, 2021. EZ-Pass records for the account owned by Sara Carpenter show toll charges progressing from the Washington/Baltimore area toward New York between approximately 6:00 p.m. and 9:00 p.m. on January 6, 2021.

Based on the foregoing, your affiant submits that there is probable cause to believe that Carpenter violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct

of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that Carpenter violated 40 U.S.C. § 5104(e)(2)(D) & (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____
VINCENT J. MANCO
Detective/TFO
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 18th day of March 2021.

2021.03.18
18:27:12 -04'00'

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE

```
MIME-Version:1.0
From:ecf_bounces@nyed.uscourts.gov
To:nobody@nyed.uscourts.gov
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:15686655@nyed.uscourts.gov
Subject:Activity in Case 1:21-mj-00355-SJB USA v. Carpenter Initial Appearance - Rule
5(c)(3)
Content-Type: text/html
```

## U.S. District Court

## Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 3/23/2021 at 3:00 PM EDT and filed on 3/23/2021

| | |
|---|---|
| **Case Name:** | USA v. Carpenter |
| **Case Number:** | 1:21-mj-00355-SJB |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Minute Entry for proceedings held before Magistrate Judge Sanket J. Bulsara:Initial Appearance in Rule 5(c)(3) Proceedings as to Sara Carpenter held on 3/23/2021 VIA WEBEX VIDEO, Defendant arraigned on a removal complaint to the District of Columbia. Attorney Appointment of federal defender Michelle Gelernt. AUSA Joshua Hafetz. (FTR Log #1;01-1;28.) Defendant released on a consent ROR bond. Defendant advised of bond obligations and gave permission for court to sign on her behalf. Defendant waived identity hearing. (Yuen, Sui-May)**

**1:21-mj-00355-SJB-1 Notice has been electronically mailed to:**

**1:21-mj-00355-SJB-1 Notice will not be electronically mailed to:**

Joshua G. Hafetz
U.S. Attorney's Office – EDNY
271 Cadman Plaza East
Brooklyn, NY 11201

Michelle A. Gelernt
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

## United States District Court, Eastern District of New York

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **ORDER SETTING CONDITIONS OF RELEASE** |
| **V.** | **AND APPEARANCE BOND** |

Case Number:

_____, Defendant.

### RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released subject to the Standard Conditions of Release on the reverse and as follows:

[ ]  Upon **Personal Recognizance Bond** on his/her promise to appear at all scheduled proceedings as required, or

[ ]  Upon **Bond** executed by the defendant in the amount of $_____, and
secured by [ ] financially responsible sureties listed below and/or [ ] collateral set forth below.

### Additional Conditions of Release

The Court finding that release under the Standard Conditions of Release on the reverse will not by themselves reasonably assure the appearance of the defendant and/or the safety of other persons and the community, IT IS FURTHER ORDERED as follows:

[ ]  1. The defendant must remain in and may not leave the following areas without Court permission: [ ] New York City; [ ] Long Island, NY; [ ] New York State; [ ] New Jersey; [ ] _____ and travel to and from this Court and the permitted areas.

[ ]  2. The defendant must avoid all contact with the following persons or entities: _____
_____.

[ ]  3. The defendant must avoid and not go to any of the following locations: _____.

[ ]  4. The defendant must surrender all passports to Pretrial Services by _____ and not obtain other passports or international travel documents.

[ ]  5. The defendant is placed under the supervision of the Pretrial Services Agency subject to the Special Conditions on the reverse and:

    [ ]  a. is subject to random visits by a Pretrial Services officer at defendant's residence and/or place of work;

    [ ]  b. must report [ ] as directed by Pretrial Services or [ ] in person ___ times per _____ and/or [ ] by telephone ___ times per _____.

    [ ]  c. must undergo [ ] testing, [ ] evaluation and/or [ ] treatment for substance abuse, including alcoholism, as directed by Pretrial Services.

    [ ]  d. must undergo evaluation and treatment for mental health problems, as directed by Pretrial Services.

    [ ]  e. is subject to the following location restriction program with location monitoring, as directed by Pretrial Services:

    [ ] home incarceration: restricted to home at all times, except for attorney visits, court appearances and necessary medical treatment;

    [ ] home detention: restricted to home at all times, except for attorney visits, court appearances, medical treatment, [ ] religious services, [ ] employment, [ ] school or training, [ ] other activities approved by Pretrial Services, [ ] _____

    [ ] curfew: restricted to home every day from _____ to _____, or [ ] as directed by Pretrial Services.

    [ ] Defendant must pay all or part of the cost of any required testing, evaluation, treatment and/or location monitoring with personal funds, based upon ability to pay as determined by the Court and the Pretrial Services Agency, and/ or from available insurance.

[ ]  6. Other Conditions: _____

### APPEARANCE BOND

I, the undersigned defendant, and each surety who signs this bond, acknowledge that I have read this Appearance Bond and, and have either read all the other conditions of release or have had those conditions explained. I further acknowledge that I and my personal representatives, jointly and severally, are bound to pay the United States of America the sum of $_____ and that this obligation is secured with the below interest in the following property ("Collateral") which I represent is/are free and clear of liens except as otherwise indicated:

    [ ] cash deposited in the Registry of the Court in the sum of $_____;

    [ ] premises located at: _____ owned by _____.

    [ ] I also agree to execute a confession of judgment, mortgage or lien in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before _____.

Each owner of the above Collateral agrees not to sell the property, allow further claims or encumbrances to be made against it, or do anything to reduce its value while this Appearance Bond is in effect.

*Forfeiture of the Bond.* This Appearance Bond may be forfeited if the defendant fails to comply with any of the conditions set forth above and on the reverse. The defendant and any surety who has signed this form also agree that the court may immediately order the amount of the bond surrendered to the United States, including any security for the bond, if the defendant fails to comply with the above agreement. The court may also order a judgment of forfeiture against the defendant and against each surety for the entire amount of the bond, including any interest and costs.  *Date*

_____ Address:_____ _____
    , Surety

_____ Address:_____ _____
    , Surety

_____ Address:_____ _____
    , Surety

**I acknowledge that I am the defendant in this case and that I am aware of the conditions of release and of the penalties and sanctions set forth on the front and reverse sides of this form.**

_____
Signature of Defendant

**Release of the Defendant is hereby ordered on** _____ **20**____.

_____, US____

| CJA 23 (Rev. 11/11) | **FINANCIAL AFFIDAVIT** |
|---|---|
| | IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE |

**IN THE UNITED STATES** ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER *(Specify below)*

IN THE CASE OF

_____ v. _____

FOR _____

AT _____

**LOCATION NUMBER**

**PERSON REPRESENTED** *(Show your full name)*
Carpenter, Sara

1 ☑ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)*

**DOCKET NUMBERS**
Magistrate Judge
Bulsara
District Court
EDNY
Court of Appeals

**CHARGE/OFFENSE** *(describe if applicable & check box →)*
☑ Felony
☐ Misdemeanor

---

| **ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY** |
|---|

**INCOME & ASSETS**

**EMPLOY-MENT**

Are you now employed? ☐ Yes ☑ No ☐ Self-Employed

Name and address of employer: Receives SSI and Pension

IF YES, how much do you earn per month? $ 7,000.00

IF NO, give month and year of last employment? _____
How much did you earn per month? $ _____

If married, is your spouse employed? ☐ Yes ☐ No

If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

IF YES, how much does your spouse earn per month? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No

| | RECEIVED | SOURCES |
|---|---|---|
| IF YES, give the amount received and identify the sources | $ _____ | _____ |
| | $ _____ | _____ |

**CASH**

Do you have any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No IF YES, total amount? $ 3,000.00

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No

| | VALUE | DESCRIPTION |
|---|---|---|
| IF YES, give value and description for each | 700,000.00 | Own residence |
| | $ _____ | _____ |
| | $ _____ | _____ |
| | $ _____ | _____ |

---

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☑ Single
☐ Married
☐ Widowed
☐ Separated or Divorced

Total No. of Dependents 1

List persons you actually support and your relationship to them
17 years old son
_____
_____

**DEBTS & MONTHLY BILLS**
*(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| mortgage and home equity loan | $ 440,000.00 | $ 2,460.00 |
| son's schooling | $ | $ 950.00 |
| lease 2019 Jeep Wrangler | $ | $ 355.00 |
| car insurance | $ | $ 250.00 |
| credit card debt | $10,000 | $200 |

I certify under penalty of perjury that the foregoing is true and correct.

/Sara Carpenter by SJB 3/23/21

SIGNATURE OF DEFENDANT
*(OR PERSON REPRESENTED)*

03/23/2021
Date

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. **21-355 M** |
| **Sara Carpenter** | ) | |
| | ) | Charging District's Case No. |
| _Defendant_ | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the _(name of other court)_   **District of Columbia**

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)    a hearing on any motion by the government for detention;

(6)    request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒    an identity hearing and ~~production of the warrant~~.

☒    a preliminary hearing.

☐    a detention hearing.

☐    an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
     ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:    3/23/2021

                               _Defendant's signature_

                               _Signature of defendant's attorney_

                     **Michelle Gelernt**

                               _Printed name of defendant's attorney_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

UNITED STATES OF AMERICA           :

                                  :        21-355M

              -v-            :

                                  :        <u>RULE 5(f) ORDER</u>

Sara Carpenter                    :

                                  :

               Defendant(s).     :

-----------------------------------------------------------------------X

Sanket Bulsara,  United States Magistrate Judge:

      This Order is entered, pursuant to Federal Rule of Criminal Procedure 5(f), to confirm the Government's disclosure obligations under *Brady* v. *Maryland*, 373 U.S. 83 (1963), and its progeny, and to summarize the possible consequences of violating those obligations.

      The Government must disclose to the defense all information "favorable to an accused" that is "material either to guilt or to punishment" and that is known to the Government.  *Id.* at 87. This obligation applies regardless of whether the information would itself constitute admissible evidence.  The Government shall disclose such information to the defense promptly after its existence becomes known to the Government so that the defense may make effective use of the information in the preparation of its case.

      As part of these obligations, the Government must disclose any information that can be used to impeach the trial testimony of a Government witness within the meaning of *Giglio v. United States*, 405 U.S. 150 (1972), and its progeny.  Such information must be disclosed sufficiently in advance of trial in order for the defendant to make effective use of it at trial or at such other time as the Court may order.

USCA2 20

The foregoing obligations are continuing ones and apply to materials that become known to the Government in the future. Additionally, if information is otherwise subject to disclosure, it must be disclosed regardless of whether the Government credits it.

In the event the Government believes that a disclosure under this Order would compromise witness safety, victim rights, national security, a sensitive law-enforcement technique, or any other substantial government interest, it may apply to the Court for a modification of its obligations, which may include in camera review or withholding or subjecting to a protective order all or part of the information otherwise subject to disclosure.

For purposes of this Order, the Government includes all current or former federal, state, and local prosecutors, law-enforcement officers, and other officers who have participated in the prosecution, or investigation that led to the prosecution, of the offense or offenses with which the defendant is charged. The Government has an affirmative obligation to seek from such sources all information subject to disclosure under this Order.

Nothing in this Order is intended to limit the Government's responsibility to be alert to, and comply with, any additional disclosure obligations that are or may be required by statute, rule, or case law.

If the Government fails to comply with this Order, the Court, in addition to ordering production of the information, may:

(1) specify the terms and conditions of such production;

(2) grant a continuance;

(3) impose evidentiary sanctions;

(4) impose sanctions on any responsible lawyer for the Government;

2

(5) dismiss charges before trial or vacate a conviction after trial or a guilty plea; or

(6) enter any other order that is just under the circumstances.

SO ORDERED.
S/Sanket        Bulsara
United States Magistrate Judge

Dated: March 23, 2021
          Brooklyn, New York

3